Cite as 2022 Ark. 143
# SUPREME COURT OF ARKANSAS

IN RE ARKANSAS SUPREME
COURT COMMISSION ON
CHILDREN, YOUTH, AND FAMILIES

**Opinion Delivered:** June 16, 2022

## PER CURIAM

Honorable Earnest Brown, Jr., Circuit Judge, of Pine Bluff; Honorable Troy Braswell, Circuit Judge, of Conway; Honorable Teresa French, Circuit Judge, of McGehee; Diana Smith, of Little Rock; Drew Shover, of Bentonville; LeAnne Burch, of Monticello; and Tom Masseau, of Little Rock, are reappointed to the Arkansas Supreme Court Commission on Children, Youth, and Families for a three-year term to expire on June 30, 2025. We thank them for their willingness to serve on this important commission.

Brooke Steen, AOC Juvenile Justice Division Director, is appointed to the Commission. We thank Jennifer Craun for her years of valuable service and commitment to the Commission.